UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:25-cv-1944-PD                                                    Date: June 23, 2025

Title:    Evelina Takhmazyan v. McLaren Automotive, Inc., et al.

Present: The Honorable:   Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | Court Smart 06/23/25 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorney Present for Defendants: |
|---|---|
| Urik Jason Gilavian | Richard L. Stuhlbarg |
| Kevin K Gevorgyan | |

**Proceedings:    Hearing on and Order Denying Plaintiff's Motion to Remand Case to Los Angeles Superior Court [Dkt. No. 10]**

On June 23, 2025, the Court held a hearing on Plaintiff's Motion to Remand Case to Los Angeles Superior Court [Dkt. No. 10]. For the reasons set forth in Defendant's Opposition [Dkt. No. 11], and as Plaintiff conceded at the hearing, the motion is DENIED.

IT IS SO ORDERED.

Initials of Preparer:  IV
Time in Court:  :10